IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRYAN R. KNIGHT                                                              PLAINTIFF

V.                              CASE NO. 3:19-CV-03067

SHERIFF MIKE MOORE, Boone
County, Arkansas; JAIL ADMINISTRATOR
JASON DAY; and ASSISTANT JAIL
ADMINISTRATOR JASON SILVA                                        DEFENDANTS

## OPINION AND ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and has sought leave to proceed *in forma pauperis* ("IFP"). Plaintiff is incarcerated in the Boone County Detention Center.

By Order (Doc. 3) entered on August 21, 2019, Plaintiff was directed to file a completed IFP application. He had failed to submit the certificate regarding his inmate account. The completed IFP application was to be filed by September 11, 2019. Plaintiff was advised that failure to comply with the Order "shall" result in the dismissal of the case.

To date, Plaintiff has not filed the IFP application. Plaintiff has not sought an extension of time to comply with the Order. No mail has been returned as undeliverable.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based

1

on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

Therefore, pursuant to Rule 41(b), this Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on 20th day of September, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE